

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00114-CV

James **MCKINNON,**
Appellant

v.

**BANK OF AMERICA, N.A.,**
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. 1638
Honorable Mark Stroeher, Judge Presiding

# C O R R E C T E D   O R D E R

On May 16, 2019 we struck the appellant's brief and ordered the appellant to file an amended brief complying with Texas Rules of Appellate Procedure 9.5 and 38.1 on or before June 17, 2019. Neither an amended brief nor a motion for extension of time has been filed.

We therefore **ORDER** the appellant to file, **on or before July 19, 2019,** his amended appellant's brief and a written response reasonably explaining his failure to timely file the brief. If the appellant fails to file an amended brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court